DENNIS MARSHALL, COUNTY COUNSEL
JAKE STODDARD, Chief Deputy (SBN # 79203)
KELLY DUNCAN SCOTT, Deputy (SBN # 216181)
SANTA BARBARA COUNTY COUNSEL
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
jsheinbaum@co.santa-barbara.ca.us

*NOTE CHANGES MADE BY THE COURT*

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
SANTA BARBARA SHERIFF DEPUTIES MORRIS,
ROGERS, HUDLEY HESS and SCHMIDT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN GEORGE,<br><br>Plaintiff<br><br>v.<br><br>THE COUNTY OF SANTA BARBARA; DEPUTY JARRETT MORRIS, DEPUTY JEREMY ROGERS, DEPUTY HARRY HUDLEY, DEPUTY LARRY HESS and DEPUTY JOSEPH SCHIMIDT and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: CV 09-2258 CBM (AGRx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR PROTECTIVE ORDER FOR INFORMATION EXHCANGED IN DISCOVERY AND OTHER PROCEEDINGS BEFORE THE MAGISTRATE JUDGE<br><br>Hon. Consuelo B. Marshall<br><br>*NOTE CHANGES MADE BY THE COURT* |

Pursuant to the Stipulation for Protective Order for Information Exchanged in Discovery and Other Proceedings Before the Magistrate Judge by all parties, **IT IS HEREBY ORDERED THAT**:

The exchange of all documents concerning peace officer personnel records as defined by Cal. Penal Code §§ 832.7 and 832.8, and records described by Cal. Evidence Code §§ 1043, 1045, and 1046, during the discovery process and other proceedings before the magistrate judge, and, in particular, documents produced by Defendants in response to Plaintiff's Requests for Production to County of Santa Barbara (Set One) numbers 3, 4, 5, 6, 7, 9, 19, 20 and 26 are confidential and privileged under state law and as such are subject to the following:

1. The documents disclosed and delivered to Plaintiff's counsel of record in discovery are confidential and privileged, and Plaintiff's counsel shall be responsible for insuring that the terms of this order are complied with.

(a) Such information will be treated by Plaintiff and her representatives as confidential, and will not be used for any purpose beyond that of the above-referenced litigation;

b) Such information may be disclosed to the Plaintiff's representatives, including attorneys and experts, as is necessary for purposes of the above-referenced litigation;

(c) The designation of materials as confidential does not entitle the parties to have those materials filed under seal;

(d) Use of any of the confidential information in motions or other materials filed with the court will be pursuant to an application to the District or Magistrate Judge, as appropriate, Judge to submit such confidential information under seal;

(e) Any application to file materials under seal must: (1) comply with Local Rule 79-5; (2) seek to file under seal only those portions of the materials that are confidential; (3) be supported by an appropriate showing; and (4) be

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

made to the judicial officer presiding over the proceedings in question.

(f) Upon final conclusion of the above-referenced litigation, all designated confidential materials will be returned to defendants.

2. The documents and the information contained therein shall be kept confidential and shall be used solely in connection with the preparation and trial of the above civil case and for no other use.

3. The upon final disposition of this case Plaintiff's counsel shall promptly, without request or further order of the court, return all discovered documents and photocopies and/or reproduction of those discovered documents to the attorney of record for defendants.

**IT IS SO ORDERED.**

Dated: March 15, 2010

Alicia G. Rosenberg

Hon. ~~Consuelo B. Marshall~~
United States ~~District~~ Magistrate Court Judge

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

3