UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN GEORGE<br><br>PLAINTIFF,<br><br>V.<br><br>COUNTY OF SANTA BARBARA, ET AL.,<br><br>DEFENDANTS. | No. CV 09-2258 CBM (AGRx)<br><br>JUDGMENT |

Consistent with the Court's Order Granting in Part Defendants' Motion for Summary Judgment, Judgment is hereby entered in favor of Defendant County of Santa Barbara on Plaintiff's *Monell* claim and all state law claims, in favor of Defendants Hess, Hudley, Schmidt, Rogers, and Morris on Plaintiff's unreasonable seizure and false imprisonment claims, and in favor of Defendants Hess and Hudley on Plaintiff's excessive force claim.

**IT IS SO ORDERED.**

DATED: June 24, 2011      By _____
                                                CONSUELO B. MARSHALL
                                                UNITED STATES DISTRICT JUDGE